Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ANDERS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | CASE NO.: 2:20-cv-00624-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Michael Anders ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to June 3, 2020, for the following reasons:

1. Plaintiff served the Complaint and Summons on Credit One on April 22, 2020.

2. Credit One's Answer is currently due May 13, 2020.

3. Credit One requires additional time to investigate the allegations set forth in the Complaint and to prepare the appropriate response. Given the ongoing COVID-19 pandemic and related remote working constraints, Credit One requests an additional 21 days to respond to Plaintiff's Complaint.

4. On April 27, 2020, counsel for Plaintiff agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's Complaint to and including June 3, 2020.

| | |
|---|---|
| DATED: April 27, 2020 | DATED: April 27, 2020 |
| KIND LAW | SNELL & WILMER L.L.P. |
| By: */s/ Michael Kind*<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff Michael Anders* | By: */s/ Michael Paretti*<br>Michael Paretti<br>Nevada Bar No. 13926<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Credit One Bank, N.A.* |

### ORDER

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before June 3, 2020.

DATED: __April 28,__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -