Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANDERS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | CASE NO.:  2:20-cv-00624-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Michael Anders ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to June 17, 2020, for the following reasons:

1. Plaintiff served the Complaint and Summons on Credit One on April 22, 2020.

2. Credit One's Answer is currently due June 3, 2020 pursuant to the Stipulation and Order for Extension to Respond to Complaint filed on April 28, 2020 [ECF No. 8].

3. Plaintiff recently provided Credit One necessary information to further investigate and evaluate his claims, including his full cellphone number and the number Plaintiff alleges Credit One used to contact him.

4. Credit One requires additional time to investigate the allegations set forth in the Complaint and the additional information provided by Plaintiff and to prepare the appropriate

response. Given Credit One's recent receipt of this necessary information, as well as the ongoing COVID-19 pandemic and related remote working constraints, Credit One requests an additional 14 days to respond to Plaintiff's Complaint.

5.   On May 28, 2020, counsel for Plaintiff agreed to the extension requested herein.

6.   This is the Parties' second extension request and is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's Complaint to and including June 17, 2020.

| DATED: May 28, 2020 | DATED: May 28, 2020 |
|---|---|
| KIND LAW | SNELL & WILMER L.L.P. |
| By: */s/ Michael Kind*<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff Michael Anders* | By: */s/ Michael Paretti*<br>Michael Paretti<br>Nevada Bar No. 13926<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Credit One Bank, N.A.* |

## ORDER

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before June 17, 2020.

**IT IS SO ORDERED**

**DATED: June 01, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** by the method indicated:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 28th day of May, 2020.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4813-1137-8621.1